Martha Boersch (State Bar No. 126569)
martha@boerschlaw.com
MARTHA BOERSCH, ATTORNEY AT LAW
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: (415) 217-3700

Attorney for Defendant
JAMES LAMAR MAGEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 06-00663 SBA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING REVOCATION OF SUPERVISED RELEASE HEARING** |
| v. | |
| JAMES LAMAR MAGEE | |
| Defendant. | |

The above-captioned matter is currently set for a revocation of supervised release hearing before the Honorable Saundra Brown Armstrong on July 5, 2013 at 9:00 am. The parties stipulate and request a continuance for the revocation of supervised release hearing until July 23, 2013 at 9:00 a.m., or as soon thereafter as the Court is available.

DATED: July 2, 2013

                                       _/s/ Martha Boersch_____
                                       MARTHA BOERSCH
                                       Attorney for Defendant James Magee

DATED: July 2, 2013

                                       _/s/ Andy Huang_____
                                       ANDY HUANG
                                       Assistant United States Attorney

1 | Based on the record herein and the stipulation of the parties,
2 |     IT IS SO ORDERED that the July 5, 2013 hearing is VACATED, and RESET
3 | to August 6, 2013 at 9:00 a.m.
4 | DATED:    July 3, 2013                    _____*Saundra B. Armstrong*_____
5 |                                            HON. SAUNDRA BROWN ARMSTRONG
                                               United States District Judge

[PROPOSED] ORDER
CASE NO. CR 06-00663 SBA