BOERSCH SHAPIRO LLP
Martha Boersch (State Bar No. 126569)
mboersch@boerschshapiro.com
235 Montgomery Street, Suite 835
San Francisco, CA 94104
Telephone: (415) 500-6640

Attorney for Defendant
JAMES LAMAR MAGEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 06-00663 SBA |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER REQUESTING HEARING** |
| v. | |
| JAMES LAMAR MAGEE | |
| Defendant. | |

1 | The above-captioned matter is currently set for a revocation of supervised release hearing
2 | before the Honorable Saundra Brown Armstrong on September 20, 2013 at 3:00 pm. The parties
3 | have reached a disposition resolution that allows for Mr. Magee's release well before the
4 | September hearing. The parties therefore respectfully request a hearing on July 30, 2013 at 9:30
5 | before this Court so that the Court may review defendant's detention pending the September 20,
6 | 2013 supervised release hearing before the Honorable Saundra Brown Armstrong. Mr. Magee's
7 | Probation Officer, Sonia Lapizco, agrees with this request and will be present at the hearing.

DATED: July 24, 2013

_/s/ Martha Boersch_____
MARTHA BOERSCH
Attorney for Defendant James Magee

DATED: July 24, 2013

_/s/ Michelle Kane_____
MICHELLE KANE
Assistant United States Attorney

Based on the record herein and the stipulation of the parties,

IT IS SO ORDERED that the parties may appear for a hearing on July 30, 2013 at 9:30 am to review Mr. Magee's detention pending the September 20, 2013 supervised released hearing before the Honorable Saundra Brown Armstrong.

DATED:   July 25, 2013                _____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge